

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00213-CV

## IN RE KENNETH DWAYNE ANDERSON

## Original Proceeding

## MEMORANDUM  OPINION

Kenneth Dwayne Anderson seeks a writ of mandamus from this Court compelling the trial court to withdraw an order to withhold funds from his inmate account. The procedure necessary to complain about an order to withhold funds from an inmate account was described in *Harrell v. State*, 286 S.W.3d 315 (Tex. 2009). *See In re Buhl*, Nos. 10-19-00478-CR, 10-19-00482-CR, 2020 WL 103808, at *1 (Tex. App.—Waco Jan. 8, 2020, no pet.). That procedure is to file a motion complaining about the withdrawal order, which should be filed with the trial court clerk for the trial court that signed the order. If the trial court then denies the relief requested in the motion, then an appeal, which will

be a civil proceeding, can be taken from that denial. There is nothing in the record before us to indicate that Anderson filed a motion in the trial court complaining about the withdrawal order.

Because another procedure is available to Anderson, he is not entitled to relief by mandamus. Accordingly, Anderson's petition for writ of mandamus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition denied
Opinion delivered and filed August 19, 2020
[OT06]

